UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. DELGADO, | No. 2:21-cv-1118 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SMITH, et al., | |
| Defendants. | |

On February 24, 2023, defendants filed a motion to compel responses to requests for discovery. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file a response to defendants' motion to compel responses to requests for discovery. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

2. The deadline for filing of pretrial motions is vacated and will be reset, if necessary, when defendants' motion to compel is resolved.

Dated: April 10, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/delg1118.46