UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. DELGADO,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>  Defendants. | No.  2:21-cv-1118 DJC CKD P<br><br><br><br>ORDER |

On February 24, 2023, defendants filed a motion asking that plaintiff be compelled to serve a response to defendants' request for production of documents.  Counsel for plaintiff has indicated that he has now served that response.  Good cause appearing, IT IS HEREBY ORDERED that defendants inform the court within five days whether they wish to proceed with their February 24, 2023, motion to compel.  If defendants do not respond to this order within five days, the court will deem the motion withdrawn.

Dated:  May 11, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
delg1118.with