UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1118 DLJ CKD P<br><br><br>ORDER |

On February 24, 2023, defendants filed a motion asking that plaintiff be compelled to serve a response to defendants' request for production of documents. As plaintiff has indicated he has submitted a response to the request for production of documents, that motion will be denied as moot.

Counsel for defendants has filed documents which the court construes as a request for an extension of time to file a motion to compel a further response to the request for production of documents. Good cause appearing, that request will be granted.

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' February 24, 2023, motion to compel is denied as moot.

2. Defendants are granted until July 17, 2023 to file a motion to compel a further response with respect to their request for production of documents. In all other respects, discovery is closed.

Dated: June 21, 2023

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
delg1118mtc2