UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1118 CKD P<br><br><br>ORDER TO SHOW CAUSE |

   On July 17, 2023, defendants filed a motion to compel.  Plaintiff has not filed a response. Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause within 14 days why defendants' motion to compel, which includes a request that the court grant defendants an award for reasonable expenses incurred in the filing of the motion to compel, should not be granted. Defendants may file a reply to the response within 14 days of service of the response.

Dated:  August 22, 2023

　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
delg1118.osc

1