UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. DELGADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-1118 CKD P<br><br><br>ORDER |

　　On August 22, 2023, the court ordered that plaintiff show cause within 14 days why defendants' motion to compel, which includes a request that the court grant defendants an award for reasonable expenses incurred in the filing of the motion to compel, should not be granted. Plaintiff has not responded to the order. Good cause appearing, IT IS HEREBY ORDERED that plaintiff file a response to the court's August 22, 2023, order to show cause within 14 days of service of this order. Failure to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: September 21, 2023

　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
delg1118.osc(2)